cumstances, plaintiff was not required to show either diligent efforts or exigent circumstances (*see Leader*, 97 NY2d at 105).

We have considered defendant's remaining arguments and find them without merit. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Richter, JJ.

---

(October 27, 2011)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON ARROYO, Also Known as RAYMOND ARROYO, Appellant. [933 NYS2d 546]—

This appeal is moot because, in a subsequent order, Supreme Court found defendant eligible for consideration for resentencing but denied resentencing on the merits.

---

Motion to withdraw appeal and for amendment of orders granted. Concur—Tom, J.P., Saxe, Acosta, Freedman and Abdus-Salaam, JJ.

■ TREMAYNE SAUNDERS et al., Respondents, v APARTMENT INVESTMENT AND MANAGEMENT CO. et al., Appellants, and GUARDSMAN ELEVATOR CO., INC., Respondent. [931 NYS2d 505]—

Concur—Tom, J.P., Andrias, Friedman and Catterson, JJ.

■ SUSAN KAMIL, Respondent, v DAVID RICHENTHAL, Appellant. [931 NYS2d 505]—